UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TUSCANY,<br><br>        Plaintiff,<br><br>   v.<br><br>ELENA VILLALOBOS, et al.,<br><br>        Defendants. | Case No. 16-cv-07373-JD<br><br>**ORDER OF REMAND** |

Pursuant to the Court's order dated January 30, 2017 (Dkt. No. 10), the case is ordered remanded to the Monterey County Superior Court.

**IT IS SO ORDERED.**

Dated: January 31, 2017

JAMES DONATO
United States District Judge